## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DAVID P. WEBER**

       *Plaintiff,*

   vs.

**SECURITIES AND EXCHANGE
COMMISSION, et al.**

       *Defendants.*

Civil Case No. Case 1:12-cv-01850-RWR

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiff, David P. Weber, hereby provides notice that he is dismissing this action, with prejudice, before the opposing parties have served an answer or other response to the complaint, due to the settlement of this matter to satisfaction of the parties.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.


_____/s/_____
Cary J. Hansel (Bar No. 14722)
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 (T)
(301) 220-1214 (F)
chansel@jgllaw.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 12th day of June 2013, a copy of the foregoing was served via electronic service upon:

Karen Shimp, Esq.
Office of the General Counsel
United States Securities and Exchange Commission
Washington, D.C. 20549
*Counsel for Defendant*

_____/s/_____
Cary J. Hansel